UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MICHELLE LYNN JENSEN, )
)
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:16-CV-272-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
       Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings, plaintiff's motion for reconsideration, and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 29, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. Plaintiff's motion for reconsideration is denied.

**This Judgment Filed and Entered on March 29, 2018, and Copies To:**

Leo r. Montenegro (via CM/ECF Notice of Electronic Filing)
Michelle Lynn Jensen (via U.S. Mail at 307 Island View Drive, Newport, NC 28570)


March 29, 2018                              PETER A. MOORE, JR. CLERK
                                                  /s/ Susan W. Tripp
                                                  (By) Susan W. Tripp, Deputy Clerk