IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CV-272-FL

| | | |
|---|---|---|
| MICHELLE LYNN JENSEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's pro se motion (DE 33) for extension of time to respond to defendant's objection to recommendation of magistrate judge, for stay of execution of the judgment, and for reconsideration of the judgment. Where final judgment was entered in this matter on March 29, 2018, the court construes plaintiff's motion as a motion for extension of time to file a motion to alter or amend judgment or for relief from judgment. See Fed. R. Civ. P. 59(e) & 60(b). For good cause shown, plaintiff's motion for extension of time is GRANTED. Petitioner has until May 21, 2018 to file a post-judgment motion and memorandum in support; thereafter, the government may file a response within 40 days of the filing of petitioner's motion.

SO ORDERED this the 30th day of April, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge